9/26/18  1:28PM

**Fill in this information to identify the case:**

Debtor name   JLM Energy, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   18-25811-E-11

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................   $   0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................   $   109,461.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................   $   109,461.00

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................   $   7,417,491.14

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................   $   1,359,351.23

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$   13,371,322.00

4. **Total liabilities** ............................................................................................
   Lines 2 + 3a + 3b                                                                                      $   22,148,164.37

**Fill in this information to identify the case:**

Debtor name    JLM Energy, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    18-25811-E-11

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
<span style="float:right">12/15</span>

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

<span style="float:right">Current value of<br>debtor's interest</span>

| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
|---|---|---|---|
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | Central Valley Community Bank | Checking | 1914 | $378.00 |
| 3.2. | Merrill Lynch | checking | 8D13 | $1,582.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $1,960.00

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.    Likely no net collectibles.          $30,000.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9/26/18 1:28PM

| Debtor | JLM Energy, Inc. | Case number *(if known)* | 18-25811-E-11 |
|---|---|---|---|
| | Name | | |

**9.     Total of Part 2.**                                                      $30,000.00

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.     Accounts receivable**

11b. Over 90 days old:          30,000.00    -          25,000.00  =....         $5,000.00

                            face amount              doubtful or uncollectible accounts

**12.     Total of Part 3.**                                                     $5,000.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **Raw materials** | | | | |
| **20.** | **Work in progress** | | | | |
| **21.** | **Finished goods, including goods held for resale** | | | | |
| **22.** | **Other inventory or supplies** Current, reserved and scrap inventory.  Some items are partially assembled, others are small parts with small individual values. | | $1,094,864.10 | Liquidation | $20,000.00 |

**23.     Total of Part 5.**                                                     $20,000.00

Add lines 19 through 22.  Copy the total to line 84.

**24.     Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.     Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

| Debtor | JLM Energy, Inc. | Case number *(if known)* 18-25811-E-11 |
|---|---|---|
| | Name | |

■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** 2006 Chevrolet Suburban, VIN 3GNGK16T4YG147657, License 4ktl255, mileage 164183 | $0.00 | Comparable sale | $12,500.00 |

33. **Total of Part 6.**        $12,500.00
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    JLM Energy, Inc.                                    Case number *(if known)* 18-25811-E-11
          _____
          Name

39.    **Office furniture**

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
       **communication systems equipment and software**
       office equipment                              $248,617.39     Liquidation              $20,000.00

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                   $20,000.00
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** Intellectual property includes: Simple Panel Integrated Energy Storage System (Application #62/361,002) System and Method for Symmetric DC Regulation for Optimized Solar Power Generation and Storage (Application #62/308,367)  Patent Pending, requires finalization domestically and internationally. Patent Pending, requires finalization domestically and internationally. | $0.00 | Liquidation | $20,000.00 |

| Debtor | JLM Energy, Inc. | | Case number *(if known)* | 18-25811-E-11 |
|---|---|---|---|---|
| | Name | | | |

61.     **Internet domain names and websites**

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                                                                                      $20,000.00

        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 11:     All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

                                                                                          **Current value of**
                                                                                          **debtor's interest**

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**
        Claims against former CEO Farid Dibachi,
        misrepresentations including accrual of
        trust fund priority tax claims.  Analysis of
        claims is ongoing.                                                                   Unknown
        **Nature of claim**          cause of action
        **Amount requested**                    $0.00

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
        There are orders totaling $2,897,977.15 that
        remain unfulfilled.  At this point the
        orders likely represent future sales
        opportunities rather than enforceable
        contracts.                                                                            $1.00
        **Nature of claim**          contingent
        **Amount requested**                    $0.00

Debtor   JLM Energy, Inc.                                    Case number *(if known)* 18-25811-E-11
         Name

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**                                                                      $1.00

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    JLM Energy, Inc.                          Case number *(If known)*  18-25811-E-11
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,960.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $30,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $12,500.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $20,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1.00 | |
| 91. **Total. Add lines 80 through 90 for each column** | $109,461.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $109,461.00 |

**Fill in this information to identify the case:**

Debtor name    JLM Energy, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   18-25811-E-11

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Alliance Fund II JLM Energy Funding, LLC<br><u>Creditor's Name</u><br>c/o GoldenSet Capital Partners LLC<br>9 West Broad Street, Suite 300<br>Attn: Everett Smith III, Managing Partne<br>Stamford, CT 06902<br><u>Creditor's mailing address</u><br><br><br><u>Creditor's email address, if known</u><br><br>**Date debt was incurred**<br>filed 8/15/17<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>Central Valley Community Bank - Checking - Acct# 1914<br><br><br><br>**Describe the lien**<br>UCC-1 Financing Statement<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $6,871,864.06 | $378.00 |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| **2.2** Broadway Advance, LLC<br><u>Creditor's Name</u><br>39 Broadway<br>Ste. 930<br>New York, NY 10006<br><u>Creditor's mailing address</u><br><br><br><u>Creditor's email address, if known</u><br><br>**Date debt was incurred**<br>filed 7/17/18<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>all assets and accounts<br><br><br>**Describe the lien**<br>Non-Purchase Money Security<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $234,600.00 | $0.00 |

9/26/18 1 26PM

Debtor  JLM Energy, Inc.         Case number (if know)  18-25811-E-11
      Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.3**  Kimberly Skarka       Describe debtor's property that is subject to a lien    $11,027.08    $0.00
Creditor's Name

701 Gibson Drive,
#2021
Roseville, CA 95678
Creditor's mailing address

**Describe the lien**
Judgment Lien
**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
writ of execution
8/22/18
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.4**  Yellowstone Capital West, LLC     Describe debtor's property that is subject to a lien    $300,000.00   $0.00
Creditor's Name                secured by accounts receivable, recorded in CA not Delaware

30 Broad Street
Ste. 14108
New York, NY 10004
Creditor's mailing address

**Describe the lien**
assignment of receivables
**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
May 18, 2018
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $7,417,491.14

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | JLM Energy, Inc. | Case number (if know) | 18-25811-E-11 |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| North Sky Capital LLC<br>Attn: Denise Galvin<br>33 South Sixth Street, Ste. 4646<br>Minneapolis, MN 55402 | Line ___2.1___ | |

**Fill in this information to identify the case:**

Debtor name      JLM Energy, Inc.

United States Bankruptcy Court for the:      EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    18-25811-E-11

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>California Department of<br>Tax and Fee Adm<br>Account Information Group<br>MIC:29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>sales tax | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>California Franchise Tax<br>Board<br>Bankruptcy Section MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>California taxes and registration | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | JLM Energy, Inc. | | Case number (if known) | 18-25811-E-11 |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Employment Development Department**
PO Box 826215 MIC 3A
Sacramento, CA 94230-6215

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,359,351.23 | $1,359,351.23 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency**
**Operations**
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Q3 2016 to Q2 2018

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $10,912.98 |
|---|---|---|---|

**4th Day Energy**
1085 Cole Ave
Clovis, CA 93612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:   incomplete contract

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,842.34 |
|---|---|---|---|

**Above Board Electronics, Inc.**
2001 Gateway Place #610W
San Jose, CA 95110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,709.20 |
|---|---|---|---|

**Accuenergy Inc.**
2 Lansing Square
Ste. 700
Toronto, Ontario

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:   trade debt

Is the claim subject to offset?   ■ No   ☐ Yes

9/26/18 1:28PM

Debtor   JLM Energy, Inc.                                    Case number (if known)   18-25811-E-11
         Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $623.70 |
|---|---|---|---|
| | Aflac<br>1032 Wynnton Road<br>Columbus, GA 31999 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim:  trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $718.47 |
|---|---|---|---|
| | Alhambra<br>P.O. Box 660579<br>Dallas, TX 75266-0579 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim:  trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $10,000.00 |
|---|---|---|---|
| | Alive Industries<br>2557 Dundee Glen<br>Escondido, CA 92026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim:  warranty claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,200.00 |
|---|---|---|---|
| | Alive Industries, Inc.<br>2557 Dundee Glen<br>P.O. Box 28<br>Escondido, CA 92026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim:  ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $15,000.00 |
|---|---|---|---|
| | Alvarez & Marshal Valuation<br>Services, LL<br>600 Madison Avenue<br>8th Floor<br>New York, NY 10022 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim:  trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $11,294.63 |
|---|---|---|---|
| | Amazon Web Services<br>PO Box 84023<br>Seattle, WA 98124-2423 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim:  trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,133.00 |
|---|---|---|---|
| | Auburn Solar<br>4458 Grass Valley Highway<br>Auburn, CA 95602 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim:  incomplete contract<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | JLM Energy, Inc. | Case number (if known) | 18-25811-E-11 |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address
Bema Electronics Inc.
4545 Cushing Parkway
Fremont, CA 94538

**Date(s) debt was incurred ___**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

$54,037.50

---

**3.12** | Nonpriority creditor's name and mailing address
Bill Strong
800 North Michigan Ave. #3501
Chicago, IL 60611-2156

**Date(s) debt was incurred ___**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

$6,000.00

---

**3.13** | Nonpriority creditor's name and mailing address
Blue Streak Reprographics
1201 Plumber Way, #110
Roseville, CA 95678

**Date(s) debt was incurred ___**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$110.30

---

**3.14** | Nonpriority creditor's name and mailing address
Brian Lynch
6 Parsons Lane
Rochester, NY 14619

**Date(s) debt was incurred ___**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$3,122.71

---

**3.15** | Nonpriority creditor's name and mailing address
CED-Riverside
1601 Iowas Ave.
Riverside, CA 92507

**Date(s) debt was incurred ___**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __incomplete contract__

Is the claim subject to offset? ■ No ☐ Yes

$32,400.00

---

**3.16** | Nonpriority creditor's name and mailing address
Charles Storms
13935 N White Face Canyon Dr.
Fort Mcdowell, AZ 85264

**Date(s) debt was incurred ___**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

$13,100.00

---

**3.17** | Nonpriority creditor's name and mailing address
Charlotte Omoto
PO Box 10
Palouse, WA 99161

**Date(s) debt was incurred ___**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

$10,747.00

---

**3.18** | Nonpriority creditor's name and mailing address
Christopher Bailey
3225 N Colorado Street
Chandler, AZ 85225

**Date(s) debt was incurred ___**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

$16,808.00

---

**Debtor**   JLM Energy, Inc.        Case number (if known)   18-25811-E-11
      Name

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Civic Solar, Inc.<br>426 17th Street, Suite 600<br>Oakland, CA 94612<br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** <u>trade debt</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | $173.12 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Clark's Corner Investments LLC<br>8430 Deerwood Court<br>Fair Oaks, CA 95628<br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** <u>landlord</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | $1.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Colorado Solar Energy Industries Assoc.<br>1536 Wynkoop Street, #104<br>Denver, CO 80202<br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** <u>trade debt</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | $500.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Cory Buresh<br>8305 Fountainhead Court<br>Antelope, CA 95843<br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ___<br><br>**Is the claim subject to offset?** ■ No ☐ Yes | $948.89 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>D&H Distributing Company<br>PO Box 056731<br>Los Angeles, CA 90074<br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** <u>trade debt</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | $10,936.15 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>Darin Winn<br>3225 N Colorado Street<br>Chandler, AZ 85225<br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** <u>warranty claim</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | $13,500.00 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>David Moorehouse<br>PO Box 60531<br>Sacramento, CA 95866<br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** <u>trade debt</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | $50.00 |

9/26/18 1:28PM

| Debtor | JLM Energy, Inc. | | Case number *(if known)* | 18-25811-E-11 |
|---|---|---|---|---|
| | Name | | | |

---

**3.26** | **Nonpriority creditor's name and mailing address**
Department of Homeland Security
U.S. Customs and Border Protection
FP&F Office
PO Box 3031
Laredo, TX 78044-3130

Date(s) debt was incurred __
Last 4 digits of account number __8201__

As of the petition filing date, the claim is: *Check all that apply*          **$45,447.00**
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  custom duties, fees and taxes 

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
Digi-Key Electronics
P.O. Box 250
Thief River Falls, MN 56701-0250

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*          **$9,300.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt 

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
Doug Earl
2212 E Williams Field Road
Ste. 220
Gilbert, AZ 85295

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*          **$7,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  warranty claim 

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**
Environmental Tech Solutions
2377 Gold Meadow Way
Rancho Cordova, CA 95670

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*          **$12,588.00**
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  incomplete contract 

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
Ernst & Young LLP
PO Box 846793
Los Angeles, CA 90084-6793

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*          **$17,540.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt 

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**
Evgo
11390 W Olympic Blvd
Ste 250
Los Angeles, CA 90064

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*          **$259,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  incomplete contract 

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**
FedEx
P.O. Box 7221
Pasadena, CA 91109-7321

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*          **$6,057.39**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt 

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   JLM Energy, Inc.
                 Name
                                              Case number (if known)   18-25811-E-11

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply* | $1,048.84 |
| | Frank M. Booth, Inc.<br>P.O. Box 5<br>Marysville, CA 95901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** ___<br><br>**Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply* | $18.62 |
| | Goodman Distributing<br>PO Box 660503<br>Dallas, TX 75266-0503 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** trade debt<br><br>**Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply* | $10,541.03 |
| | Gorilla Circuits<br>1445 Oakland Road<br>San Jose, CA 95112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** trade debt<br><br>**Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply* | $16.23 |
| | Graybar<br>1211 Fee Drive<br>Sacramento, CA 95815-3910 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** trade debt<br><br>**Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply* | $9,000.00 |
| | Greg Haufle<br>2194 Polynesia Ct<br>Henderson, NV 89074 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** warranty claim<br><br>**Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply* | $888.58 |
| | H20 Logistics<br>16920 South Main Street<br>Gardena, CA 90248 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** trade debt<br><br>**Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply* | $192.70 |
| | Haleakala Solar Inc.<br>220 Lalo Street, #1<br>Kahului, HI 96732 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** trade debt<br><br>**Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply* | $26,110.00 |
| | Harmon Solar<br>945 West Deer Valley Road<br>Phoenix, AZ 85027 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** trade debt<br><br>**Is the claim subject to offset?** ■ No ☐ Yes | |

**Debtor** JLM Energy, Inc.      **Case number** (if known)   18-25811-E-11
_____
Name

| | |
|---|---|
| **3.41**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply     $915.47 |
| Herc Rentals, Inc. | ☐ Contingent |
| P.O. 650280 | ☐ Unliquidated |
| Dallas, TX 75265-0280 | ☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** _trade debt_ |
| **Last 4 digits of account number** ___ | **Is the claim subject to offset?** ■ No ☐ Yes |

| | |
|---|---|
| **3.42**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply     $39.63 |
| Hydraulic Controls | ☐ Contingent |
| PO Box 8157 | ☐ Unliquidated |
| Emeryville, CA 94662 | ☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** _trade debt_ |
| **Last 4 digits of account number** ___ | **Is the claim subject to offset?** ■ No ☐ Yes |

| | |
|---|---|
| **3.43**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply     $37,533.75 |
| Ideal Power | ☐ Contingent |
| 4120 Freidrich Lane | ☐ Unliquidated |
| Ste. 100 | ☐ Disputed |
| Austin, TX 78744 | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** _trade debt_ |
| **Last 4 digits of account number** ___ | **Is the claim subject to offset?** ■ No ☐ Yes |

| | |
|---|---|
| **3.44**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply     $10,180.00 |
| Intertek Testing Services NA, Inc. | ☐ Contingent |
| PO Box 405176 | ☐ Unliquidated |
| Atlanta, GA 30384-5176 | ☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** _trade debt_ |
| **Last 4 digits of account number** ___ | **Is the claim subject to offset?** ■ No ☐ Yes |

| | |
|---|---|
| **3.45**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply     $319.37 |
| Jason Cotter | ☐ Contingent |
| 17512 Highway 16 | ☐ Unliquidated |
| Guerneville, CA 95446 | ☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** _trade debt_ |
| **Last 4 digits of account number** ___ | **Is the claim subject to offset?** ■ No ☐ Yes |

| | |
|---|---|
| **3.46**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply     $10,000.00 |
| Jen Durham | ☐ Contingent |
| 3225 N Colorado Street | ☐ Unliquidated |
| Chandler, AZ 85225 | ☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** _warranty claim_ |
| **Last 4 digits of account number** ___ | **Is the claim subject to offset?** ■ No ☐ Yes |

| | |
|---|---|
| **3.47**   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply     $46,478.50 |
| Jerrold Phelps Community Hospital | ☐ Contingent |
| 733 Cedar Street | ☐ Unliquidated |
| Garberville, CA 95542 | ☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** _uncompleted contract_ |
| **Last 4 digits of account number** ___ | **Is the claim subject to offset?** ■ No ☐ Yes |

9/26/18 1:28PM

| Debtor | JLM Energy, Inc. | Case number (if known) | 18-25811-E-11 |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $30,070.00 |
|---|---|---|---|

**3.48**
Nonpriority creditor's name and mailing address
Jerry Rowley
9038 W. Sheriden St.
Phoenix, AZ 85037

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** warranty claim

**Is the claim subject to offset?** ■ No ☐ Yes

$30,070.00

---

**3.49**
Nonpriority creditor's name and mailing address
Kauffman Engineering (Squires)
P.O. Box 639007
Cincinnati, OH 45263-9007

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

**Is the claim subject to offset?** ■ No ☐ Yes

$1,999.43

---

**3.50**
Nonpriority creditor's name and mailing address
Kraig Clark
8430 Deer Park
Fair Oaks, CA 95628

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loans to Debtor

**Is the claim subject to offset?** ■ No ☐ Yes

$12,156,678.39

---

**3.51**
Nonpriority creditor's name and mailing address
Law Office of Daniel Martinez
167 Lincoln Blvd., Suite 205
Lincoln, CA 95648

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** legal services

**Is the claim subject to offset?** ■ No ☐ Yes

$8,314.81

---

**3.52**
Nonpriority creditor's name and mailing address
Marc Blatt
PO Box 777340
Henderson, NV 89077

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** warranty claim

**Is the claim subject to offset?** ■ No ☐ Yes

$43,432.00

---

**3.53**
Nonpriority creditor's name and mailing address
Marjorie Gifford
4139 Rooke Pl
Princeville, HI 96722

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** warranty claim

**Is the claim subject to offset?** ■ No ☐ Yes

$1,109.00

---

**3.54**
Nonpriority creditor's name and mailing address
Matt Lovelady
2700 W Chandler
Chandler, AZ 85224

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** warranty claim

**Is the claim subject to offset?** ■ No ☐ Yes

$17,200.00

---

**3.55**
Nonpriority creditor's name and mailing address
McEntire Landscaping, Inc.
P.O. Box 492381
Redding, CA 96049

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade debt

**Is the claim subject to offset?** ■ No ☐ Yes

$106.15

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    JLM Energy, Inc.                                    Case number (if known)    18-25811-E-11
          Name

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address**<br>McMaster-Carr Inc.<br>P.O. Box 7690<br>Chicago, IL 60680-7690<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  trade debt<br><br>**Is the claim subject to offset?** ■ No ☐ Yes | $2,917.71 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>Meeks Lumber & Hardware<br>PO Box 255749<br>Sacramento, CA 95865-5749<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  trade debt<br><br>**Is the claim subject to offset?** ■ No ☐ Yes | $33.73 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>Melrose Nameplate and Label<br>26575 Corporate Avenue<br>Hayward, CA 94545-1000<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  trade debt<br><br>**Is the claim subject to offset?** ■ No ☐ Yes | $484.19 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>Michael Peebles<br>32256 N Colorado Street<br>Chandler, AZ 85225<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** ___<br><br>**Is the claim subject to offset?** ■ No ☐ Yes | $13,500.00 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>Mouser Electronics, Inc.<br>P.O. Box 99319<br>Fort Worth, TX 76199-0319<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  trade debt<br><br>**Is the claim subject to offset?** ■ No ☐ Yes | $5,390.44 |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>Murry Donaldson<br>1450 Kauhikoa Road<br>Haiku, HI 96708<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  warranty claim<br><br>**Is the claim subject to offset?** ■ No ☐ Yes | $24,962.00 |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>New York State Insurance Fund<br>Document Control Center<br>NYSIF Insurance Underwriting<br>1 Watervliet Ave Ext.<br>Albany, NY 12206-1649<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** ___<br><br>**Is the claim subject to offset?** ■ No ☐ Yes | $60.00 |

9/26/18 1:28PM

| Debtor | JLM Energy, Inc. | Case number (if known) | 18-25811-E-11 |
|---|---|---|---|
| | Name | | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $171.63 |
|---|---|---|---|

**3.63**

Nonpriority creditor's name and mailing address
Newark
300 South Riverside Plaza, Suite 2200
Chicago, IL 60606

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply    $171.63
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _trade debt_

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.64**

Nonpriority creditor's name and mailing address
North American Ecological Estates LLC
dba Ecco Estates International
14812 Avery Ranch Ste. 52
PO Box 171214
Austin, TX 78717

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply    $11,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _incomplete contract_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65**

Nonpriority creditor's name and mailing address
Orkin
1030 Riverside Parkway, Suite 155
West Sacramento, CA 95605

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply    $180.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66**

Nonpriority creditor's name and mailing address
PG&E
P.O. Box 997300
Sacramento, CA 95899

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply    $7,141.81
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _trade debt_

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.67**

Nonpriority creditor's name and mailing address
PG&E
P.O. Box 997300
Sacramento, CA 95899

Date(s) debt was incurred _ongoing_
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply    $8,527.11
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _ongoing utility service_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68**

Nonpriority creditor's name and mailing address
Pine Grove Group, Inc.
P.O. Box 131
Pine Grove, CA 95665

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply    $2,828.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69**

Nonpriority creditor's name and mailing address
Placer County Environmental Health
3091 County Center Drive #180
Auburn, CA 95603

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply    $1,039.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

9/26/18 1:28PM

Debtor　JLM Energy, Inc.　　　　　　　　　Case number (if known)　18-25811-E-11
　　　　Name

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $221.32 |
|---|---|---|---|
| | Platt Electric Supply<br>P.O. Box 418759<br>Boston, MA 02241-8759 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim:  trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $461.00 |
|---|---|---|---|
| | Portland Screw Co.<br>6520 N. Basin Avenue<br>Portland, OR 97217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim:  trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $5,495.00 |
|---|---|---|---|
| | PR Newswire Association, LLC<br>GPO 5897<br>New York, NY 10087-5897 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim:  trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $649.73 |
|---|---|---|---|
| | Recology Auburn Placer<br>P.O. Box 6566<br>Auburn, CA 95604 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim:  trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,500.00 |
|---|---|---|---|
| | Rectify Solar<br>133 W. Market Street #268<br>Indianapolis, IN 46204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $95,827.00 |
|---|---|---|---|
| | Sacramento Engineering Consultants<br>10555 Old Placerville Road<br>Sacramento, CA 95827-2503 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim:  trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $30.00 |
|---|---|---|---|
| | Schweitzer Engineering Labs<br>2250 NE Hopkins Court<br>Pullman, WA 99163 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim:  trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $511.68 |
|---|---|---|---|
| | Sean Rivers<br>2032 Archer Circle<br>Rocklin, CA 95765 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim:  trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　　　　　　　Best Case Bankruptcy

Debtor  JLM Energy, Inc.                              Case number (if known)  18-25811-E-11
_____Name_____

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,161.60 |

SEnergy
509 N. Elm Street
Williamsville, IL 62693

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,771.68 |

Sensata Technologies
Attn. Bernice Edland
4467 White Bear Parkway
Saint Paul, MN 55110

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $561.00 |

Sonitrol
1334 Blue Oaks Blvd.
Roseville, CA 95678

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

Southwest Inspection
441 Commercial Way
La Habra, CA 90631-6168

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |

Stephen Ruffle
2070 E Detroit Street
Chandler, AZ 85225

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |

Summit CFS
501 South Airport Blvd.
South San Francisco, CA 94080

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,050.46 |

Sun Valley Solar Solutions, LLC
3225 N Colorado Street
Chandler, AZ 85225

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Is the claim subject to offset? ■ No ☐ Yes

Debtor   JLM Energy, Inc.        Case number (if known)   18-25811-E-11
      Name

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $840.00 |
|---|---|---|---|

**3.85**
Nonpriority creditor's name and mailing address
Test Equity
2434 McIver Lane
Carrollton, TX 75006
Date(s) debt was incurred __
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  trade debt
Is the claim subject to offset? ■ No ☐ Yes

$840.00

**3.86**
Nonpriority creditor's name and mailing address
TGR Logistics
13990 Fir Street
Oregon City, OR 97045
Date(s) debt was incurred __
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  trade debt
Is the claim subject to offset? ■ No ☐ Yes

$4,248.84

**3.87**
Nonpriority creditor's name and mailing address
The Hartford
PO Box 660916
Dallas, TX 75266-0916
Date(s) debt was incurred __
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  trade debt
Is the claim subject to offset? ■ No ☐ Yes

$14,147.73

**3.88**
Nonpriority creditor's name and mailing address
Total Traffic & Weather Network
62301 Collections Center Drive
Chicago, IL 60693-0623
Date(s) debt was incurred __
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  trade debt
Is the claim subject to offset? ■ No ☐ Yes

$24,832.50

**3.89**
Nonpriority creditor's name and mailing address
UL, LLC
75 Remittance Drive, Suite 1524
Chicago, IL 60675-1524
Date(s) debt was incurred __
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  trade debt
Is the claim subject to offset? ■ No ☐ Yes

$532.00

**3.90**
Nonpriority creditor's name and mailing address
Unicorn Cabinets
14360 Olde 80, Ste. B
El Cajon, CA 92021
Date(s) debt was incurred __
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  incomplete contract
Is the claim subject to offset? ■ No ☐ Yes

$25,578.55

**3.91**
Nonpriority creditor's name and mailing address
Universal Security & Fire, Inc.
809 W. Stadium Lane
Sacramento, CA 95834
Date(s) debt was incurred __
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  trade debt
Is the claim subject to offset? ■ No ☐ Yes

$198.00

**3.92**
Nonpriority creditor's name and mailing address
Valley Iron
PO Box 12024
Fresno, CA 93776-2024
Date(s) debt was incurred __
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  trade debt
Is the claim subject to offset? ■ No ☐ Yes

$2,636.30

Fill in this information to identify the case:

Debtor name　　JLM Energy, Inc.

United States Bankruptcy Court for the:　EASTERN DISTRICT OF CALIFORNIA

Case number (if known)　18-25811-E-11

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases　　　　12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.　**Does the debtor have any executory contracts or unexpired leases?**
　☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
　■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal　　Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of approximatly 40,000 square feet. |
| | State the term remaining | 39 months |
| | List the contract number of any government contract | |

3735 Placer Corporate Drive LLC
3735 Placer Corporate Drive
Rocklin, CA 95765

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Warrant to purchase common shares dated September 22, 2018. |
| | State the term remaining | |
| | List the contract number of any government contract | |

Alliance Fund II JLM Energy Funding, LLC
c/o GoldenSet Capital Partners LLC
9 West Broad Street, Suite 300
Attn: Everett Smith III, Managing Partne
Stamford, CT 06902

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | month to month |
| | State the term remaining | |
| | List the contract number of any government contract | |

Amazon Web Services
PO Box 84023
Seattle, WA 98124-2423

9/26/18 1 26PM

**Fill in this information to identify the case:**

Debtor name    JLM Energy, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    18-25811-E-11

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                        *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | C&S Properties | 8430 Deerwood Properties<br>Fair Oaks, CA 95628 | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Clark's Corner Investments, LLC | dba Clark's Corner Investments<br>8430 Deerwood Court<br>Fair Oaks, CA 95628 | Yellowstone Capital West, LLC | ■ D ____2.4____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | escreenlogic | 11249 Gold Country Blvd<br>Ste. 165<br>Rancho Cordova, CA 95670 | Yellowstone Capital West, LLC | ■ D ____2.4____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Escreenlogic, Inc. dba escreenlogic | 4401 Granite Dr. Ste. 165<br>Rancho Cordova, CA 95670 | Yellowstone Capital West, LLC | ■ D ____2.4____<br>☐ E/F _____<br>☐ G _____ |

Debtor    JLM Energy, Inc.                                    Case number *(if known)*   18-25811-E-11

**Additional Page to List More Codebtors**
　　　Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
　　　Column 1: **Codebtor**                                    Column 2: **Creditor**

| 2.5 | Farid Dibachi | 217 Rua Esperanza<br>Lincoln, CA 95648 | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.6 | Farid Dibachi | former CEO, failed to pay trust fund taxes | Internal Revenue Service | ☐ D _____<br>■<br>E/F ___2.4___<br>☐ G _____ |
| 2.7 | Farid Dibachi | 271 Rua Esperanza<br>Lincoln, CA 95648 | Broadway Advance, LLC | ■<br>D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Farid Dibachi | 217 Rua Esperanza<br>Lincoln, CA 95648 | Yellowstone Capital West, LLC | ■<br>D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | JLM Financial, Inc. dba JLM Financial | 3735 Placer Corporate Drive<br>Rocklin, CA 95677 | Yellowstone Capital West, LLC | ■<br>D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Kraig Clark | 8430 Deerwood Court<br>Fair Oaks, CA 95628 | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Kraig Clark | 8430 Deerwood Court<br>Fair Oaks, CA 95628 | Broadway Advance, LLC | ■<br>D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

Debtor    JLM Energy, Inc.                                    Case number (if known)   18-25811-E-11

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* Codebtor                                    *Column 2:* Creditor

| | | | | |
|---|---|---|---|---|
| 2.12 | Kraig Clark | 8430 Deerwood Court<br>Fair Oaks, CA 95628 | Yellowstone<br>Capital West, LLC | ■<br>D _____ 2.4 _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name　　JLM Energy, Inc.

United States Bankruptcy Court for the:　EASTERN DISTRICT OF CALIFORNIA

Case number (if known)　18-25811-E-11

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy　　04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:　Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 1/01/2018 to Filing Date | ■ Operating a business ☐ Other | $1,158,653.99 |
| For prior year: From 1/01/2017 to 12/31/2017 | ■ Operating a business ☐ Other | $1,599,309.53 |
| For year before that: From 1/01/2016 to 12/31/2016 | ■ Operating a business ☐ Other | $3,948,466.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:　List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   JLM Energy, Inc. _____        Case number *(if known)* 18-25811-E-11

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Kraig Clark<br>8430 Deerwood Court<br>Fair Oaks, CA 95628<br>CEO, Director | 11/8/17,<br>11/9/17,<br>11/22/17 | $754,538.00 | Repayment of Note, subsequent advances by Clark exceed $1,108,538.00 |
| 4.2. Kraig Clark/Clark's Corner Investments L<br>8430 Deerwood Court<br>Fair Oaks, CA 95628<br>director, insider | September 10, 2018, transfer of ownership claim to batteries partially purchased by Clark | $25,000.00 | Forgiveness of back rent in amount of $216,885.90 for batteries partially paid for by Clark. Estimated liquidation value of batteries is $25,000. |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<b>Part 3:</b>   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Skarka v. JLM Energy, Inc.<br>M CV 0070883 | | Superior Court of California, Placer CO.<br>PO Box 619072<br>Roseville, CA 95678 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<b>Part 4:</b>   **Certain Gifts and Charitable Contributions**

Debtor    JLM Energy, Inc.                                        Case number *(if known)* 18-25811-E-11

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Reynolds Law Corporation<br>424 Second Street,<br>Suite A<br>Davis, CA 95616 | | September 4, 2018 | $7,500.00 |

      **Email or website address**

      **Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

Debtor   JLM Energy, Inc.                          Case number (if known)  18-25811-E-11

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1.  4401 Granite Drive<br>Rocklin, CA 95677 | 2014 to 2016 |

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|
| 18.1.  Wells Fargo Bank N.A. | XXXX-8366 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other_____ | 6/24/18 | $0.00 |

Debtor    JLM Energy, Inc.                                    Case number (if known)  18-25811-E-11

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | Wells Fargo NA | XXXX-4753 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other_____ | 6/24/18 | $0.00 |
| 18.3. | Wells Fargo N.A. | XXXX-7575 | ☐ Checking<br>☑ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other_____ | 6/24/18 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    JLM Energy, Inc.                                          Case number *(if known)*  18-25811-E-11

■ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
|---|---|---|---|
| Case number | address | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
|---|---|---|---|
| | address | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
|---|---|---|---|
| | address | | |

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| 25.1.   JLM Financial LLC | Financing for JLM Energy clients | **Dates business existed**  EIN:   **From-To** |

**26. Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ■ None

| Name and address | Date of service |
|---|---|
| | From-To |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Chris Harrell<br>3735 Placer Corporate Drive<br>Rocklin, CA 95765 | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor   JLM Energy, Inc.             Case number *(if known)* 18-25811-E-11

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | Jim France | 7/30/18 | cost |

| | Name and address of the person who has possession of inventory records | | |
|---|---|---|---|
| | debtor | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kraig Clark, Chairman, CEO | 8430 Deerwood Court Fair Oaks, CA 95628 | Director | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Farid Dibachi | 217 Rua Esperanza Lincoln, CA 95648 | CEO | February 2011 to May 25, 2018 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Farid Dibachi 217 Rua Esperanza Lincoln, CA 95648 | $160,000 | 9/1/17 to 5/28/18 | salary |

| | Relationship to debtor | | | |
|---|---|---|---|---|
| | shareholder, former CEO | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    JLM Energy, Inc.

Case number *(if known)* 18-25811-E-11                9/26/18 1:26PM

■ No
☐ Yes. Identify below.

**Name of the parent corporation**

**Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**

**Employer Identification number of the parent corporation**

Part 14:    Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       September 26, 2018

/s/ Kraig Clark                                    Kraig Clark
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    Director

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re   JLM Energy, Inc. _____          Case No.   18-25811-E-11
_____ _____ _____          Chapter   11
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     ☐   **FLAT FEE**

         For legal services, I have agreed to accept _____          $ _____ _____ _____
         Prior to the filing of this statement I have received _____          $ _____ _____ _____
         Balance Due _____          $ _____ _____ _____

     ■   **RETAINER**

         For legal services, I have agreed to accept and received a retainer of _____          $ _____ 7,500.00
         The undersigned shall bill against the retainer at an hourly rate of _____          $ _____ 350.00
         [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
         fees and expenses exceeding the amount of the retainer.

2.   $ ____1,717.00____ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

         ■  Debtor          ☐  Other (specify):

4.   The source of compensation to be paid to me is:

         ■  Debtor          ☐  Other (specify):

5.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
             General Chapter 11 representation, communication with US Trustee, motions to employ
             professionals, preparation of disclosure statement and plan of reorganization, evaluation
             and sale of assets.

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   JLM Energy, Inc.
_____
                Debtor(s)

Case No.   18-25811-E-11
          _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

September 26, 2018
_____
*Date*

/s/ Stephen M. Reynolds
_____
Stephen M. Reynolds
*Signature of Attorney*
Reynolds Law Corporation
424 Second Street
Suite A
Davis, CA 95616
530 297 5030 Fax: 530 297 5077
sreynolds@lr-law.net
_____
*Name of law firm*

# United States Bankruptcy Court
## Eastern District of California

In re   JLM Energy, Inc.                  Case No.   18-25811-E-11

                    Debtor(s)         Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   JLM Energy, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

September 26, 2018

**Date**

/s/ Stephen M. Reynolds

Stephen M. Reynolds

**Signature of Attorney or Litigant**

**Counsel for**   JLM Energy, Inc.

Reynolds Law Corporation
424 Second Street
Suite A
Davis, CA 95616
530 297 5030 Fax:530 297 5077
sreynolds@lr-law.net